**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

UNITED STATES OF AMERICA,

                Plaintiff,

      -against-                        ORDER

DELROY WALKER,                17 Crim. 220-2 (GBD)

                Defendant.

------------------------------------- x

GEORGE B. DANIELS, United States District Judge:

      Defendant moves for a modification of his sentence pursuant to 18 U.S.C. § 3582(c)(1)(A)(i). Defendant is currently serving a sentence of five years, after pleading guilty to his involvement in a conspiracy to commit a drug robbery that caused the murder of a 22-year-old man. To succeed on his motion, Defendant must demonstrate "extraordinary and compelling reasons" warranting such a modification. To prove that a medical condition is "extraordinary and compelling," the Defendant must demonstrate that he or she (1) "is suffering from a terminal illness (*i.e.*, a serious and advanced illness with an end of life trajectory)" or (2) is "suffering from a serious physical or medical condition," "suffering from a serious functional or cognitive impairment," or is "experiencing deteriorating physical or mental health because of the aging process" that "substantially diminishes the ability of the defendant to provide selfcare within the environment of a correctional facility from which he or she is not expected to recover." *See* U.S.S.G. § 1B1.13(1)(A).

      Defendant alleges that he suffers from high blood pressure, high cholesterol, gastrointestinal complications, dental issues, and skin disorders. Defendant has not demonstrated that he is entitled to modification of his sentence. Therefore, Defendant's request for a reduction in his sentence and immediate release to home confinement is DENIED.

Dated: May 1, 2020
      New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge